UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VERNON McKREITH,

        Plaintiff,                                     **ORDER**
                                                                    21-CV-3131 (RPK) (TAM)

    -against-

ROBERTA SUTTON and DREW LONTOS,

        Defendants.
-------------------------------------------------------------x
RACHEL P. KOVNER, United States District Judge:

       *Pro se* plaintiff Vernon McKreith filed this lawsuit in the United States District Court for the Southern District of New York. The case was transferred to this Court. *See* Order Dated May 26, 2021 (Dkt. #4). On June 24, 2021, plaintiff's complaint was dismissed without prejudice based on lack of subject-matter jurisdiction. *See* Order Dated June 24, 2021 (Dkt. #7). The order gave plaintiff 30 days to file an amended complaint. It stated that if plaintiff failed to do so, the case would be dismissed. *See* Order Dated June 24, 2021 at 4-5. More than 30 days have passed, and plaintiff has not filed an amended complaint. Accordingly, the Clerk of Court is directed to enter judgment dismissing this action without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States,* 369 U.S. 438, 444-45 (1962).

       SO ORDERED.

                                                                */s/ Rachel Kovner*
                                                                RACHEL P. KOVNER
                                                                 United States District Judge

Dated: August 4, 2021
       Brooklyn, New York